IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRUCE GRIER

V.                              NO. 3:19CV00323 PSH

STEPHEN DAUGHERTY, et al.

### ORDER OF DISMISSAL

Before the Court is a stipulation of dismissal advising that the parties have reached a settlement agreement in this matter and requesting that an order of dismissal be entered (Doc. No. 14). The stipulation also states that the parties have waived any and all rights of appeal from the dismissal of this case. The Court finds that this action should be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED this 14th day of January, 2021.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE